Certificate Number: 13861-NJ-DE-041642457

Bankruptcy Case Number: 26-22201

13861-NJ-DE-041642457

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 5, 2026, at 7:13 o'clock AM PST, Shawn Patrick Hanby completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: November 5, 2026

By: /s/Suzanne Bourbois

Name: Suzanne Bourbois

Title: Counselor